UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANO BENITEZ,<br><br>            Plaintiff,<br><br>    vs.<br><br>LYFT CAPITAL INC.,<br><br>            Defendant. | No.  3:20-cv-00429-L-BGS<br><br>**ORDER OF DISMISSAL** |

Pursuant to Plaintiff's notice of voluntary dismissal (doc. no. 5) and Federal Rule of Civil Procedure 41(a)(1), this action is dismissed with prejudice as to Plaintiff and without prejudice as to the putative class.

**IT IS SO ORDERED.**

Dated:  June 9, 2020

_____
Hon. M. James Lorenz
United States District Judge